IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD C. PEARSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-682-O |
| | § | |
| ERIC HOLDER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to Special Order No. 3-251, this case was referred to this Court for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations to the District Court on dispositive motions. Before the Court is *Defendant Valdez's Motion to Dismiss Under Rule 12(b)(1) and Rule 12(b)(6) and Brief in Support*, filed June 8, 2009.

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, June 29, 2009**. Movant may file a reply no later than **Friday, July 10, 2009**.

At this time, no hearing will be scheduled on this motion.

**SO ORDERED** on this 9th day of June, 2009.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.