IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 23 2011
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| RONALD PEARSON, | § | |
| Plaintiff, | § | |
| vs. | § | Case No. 3:09-CV-00682-O |
| ERIC HOLDER, et. al., | § | |
| Defendants. | § | |

### VERIFIED MOTION FOR EXTENSION OF TIME
### IN WHICH TO COMPLY WITH SCHEDULING ORDER

COMES NOW Plaintiff and moves the Court to extend the time deadlines currently in force per the Courts scheduling order of January 18, 2011. I support of said motion, Plaintiff would show the Court:

1) That the February 18, 2011 deadline for Joint Status Report cannot be complied with as Plaintiff has had no communication with defendant's regarding this matter.

2) That the March 18, 2011 deadline for Joinder of Parties or Amendment of Pleadings cannot presently be complied with as Plaintiff proceeds pro se and is dependant upon writ room inmates for assistance, which assistance is slow in forthcoming due to other commitments by writ room inmates.

3)  The June 16, 2011 deadline for Plaintiff's expert designation and report cannot be met as Plaintiff must contact potential experts by mail and needs additional time in which to communicate with potential expert witnesses.

WHEREFORE, Plaintiff requests that a) the deadline for Joint Status Report be extended until June 18, 2011; b) the deadline for Joinder of Parties or Amendment of Pleadings be extended until July 18, 2011; and c) the deadline for Plaintiff's expert designation and report be extended until September 16, 2011 and for all just and proper relief in the premises.

Respectfully submitted,

*Ronald C. Pearson*
Ronald Pearson
Reg. No. 36037-177
F.C.I. Seagoville
P.O. Box 9000
Seagoville, Texas  75159-9000

## AFFIRMATION

I affirm that the above is true and correct pursuant to 28 U.S.C. § 1746.

*Ronald Pearson*
Ronald Pearson

-2-

## CERTIFICATE (PROOF) OF SERVICE

I certify that on the 18th day of February, 2011, I placed the original and suitable copies of Movant's "Verified Motion for Extension of Time in Which to Comply with Scheduling Order" in the prison mail receptacle, first class postage, pre-paid, and addressed to:

One (1) original and two (2) copies to:

    Clerk, U.S. District Court
    Northern District of Texas
    Earl Cabell Federal Bldg.
    1100 Commerce Street
    Dallas, texas 75242

    AND

One (1) copy to:

    U.S. Attorney's Office
    Earl Cabell Federal Bldg.
    1100 Commerce Street
    Dallas, TX 75242

    AND

One (1) copy to:

    Craig Watkins
    Criminal District Attorney
    Dallas County, Texas
    Frank Crowley Courts Bldg.
    133 N. Riverfront Blvd., L.B. 19
    Dallas, Texas 75207-4399

    AND

One (1) copy to:

    Anne C. Roberts - DOJ
    U.S. Attorney's Office
    1205 Texas Avenue, 7th Floor
    Lubbock, Texas 79401

AND

One (1) copy to:

    William F. Glazer
    Garland City,
    Attorney's Office
    200 N. Fifthe Street,
    4th Floor
    P.O. Box 469002
    Garland, TX 75202-9002

*/s/ Ronald C. Pearson*
Ronald C. Pearson

Case 3:09-cv-00682-O   Document 47   Filed 02/23/11   Page 4 of 4   PageID 606



Ronald C. Pearson
#36037-177
F.C.I.
P.O. Box 9000
Seagoville, TX
75159-9000

Clerk Court
1100 Commerce ST
U.S. District Court
Dallas, TX - 75242
United States

PEARSON V HOLDER
CASE NO. 3-09-CV-00682-O