IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD PEARSON, | § | |
| Plaintiff, | § | |
| | § | No. 3:09-CV-00682-O |
| v. | § | |
| | § | |
| | § | |
| ERIC HOLDER, *et. al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court has granted Defendants' respective motions to dismiss, thereby disposing of all parties and all claims. *See* Order, April 29, 2011, ECF No. 62.

It is **ORDERED, ADJUDGED,** and **DECREED** that the motions to dismiss for failure to state a claim regarding the constitutionality of the federal and Texas sex offender registration requirements filed by Defendants Eric Holder, James T. Jacks, Lupe Valdez, Mitch Bates, and Gregg Abbott (ECF Nos. 41, 42, 43, and 61) should be and are hereby **GRANTED** pursuant to the Supreme Court's holding in *Heck v. Humphrey*, 512 U.S. 477 (1994).  Accordingly, it is **ORDERED** that Plaintiff's claims regarding the registration requirements of the federal Sex Offender Registration and Notification Act ("SORNA") and the Texas Sex Offender Registration Program ("TSORP") are **DISMISSED**. It is **FURTHER ORDERED** that Plaintiff's claims relating to the enforcement provision of SORNA, 28 U.S.C. § 2250, are **DISMISSED** pursuant to the Court's authority under 28 U.S.C. § 1915A.

**SO ORDERED** this **29th** day of **April, 2011**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**